IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:11-cv-785-LO-TRJ |
| W.J. POST, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge dated October 26, 2011, recommending entry of a default judgment against W.J. Post, Inc. ("Defendant" or "W.J. Post")[1] in the amount of $5,092.90, plus interest on delinquent contributions continuing to accrue from October 14, 2011, at a rate of twelve percent (12%) per annum. (Dkt. No. 11). Defendant has not filed any objections to the Report and Recommendation.

The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered against Defendant in the amount of $5,092.90, plus interest accruing from October 14, 2011, at a rate of twelve percent (12%) per annum. Further, Defendant is

---

[1] In one instance within the Magistrate Judge's Report and Recommendation, the Defendant was mistakenly referred to as Barko, Inc. The Court enters this Order in relation to Defendant W.J. Post and understands the reference to Barko, Inc. on page 6 of the Report and Recommendation to be a typographical error.

ENJOINED from violating the terms of Plaintiffs' employee benefit plan and is ORDERED to submit timely contributions and reports to Plaintiffs' fund.

December 2, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge